UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

VERNON L. ORANGE, SR.                                CIVIL ACTION

VERSUS                                               NO: 06-10761

BURL CAIN, WARDEN, ET AL.                            SECTION: R(4)


## ORDER AND REASONS

The Court, having reviewed *de novo* the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

New Orleans, Louisiana, this __6th__ day of April, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE